# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>JORGE ARTURO CERDA JUAREZ,<br><br>                                    Defendant. | Case No.: 3:25-cr-03590-DMS<br><br>**ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE AND JUDGMENT OF DISMISSAL** |

The United States' Motion to Dismiss the Information, (ECF No. 32), is hereby **GRANTED**. The Information is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

Dated:  November 4, 2025

Hon. Dana M. Sabraw
United States District Judge